UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 16-34175 (JKS) |
| RASA KAPITANYUK AND MARK KAPITANIUK, | | Chapter: | 7 |
| DEBTORS. | | Judge: | John K. Sherwood |

---

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

---

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street, P.O. Box 1352<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on July 25, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action:  In connection with the Chapter 7 Trustee's investigation of the Debtors' financial affairs, the Trustee asserted that the Debtors were entitled to receive income from pre-petition accounts receivable totaling approximately $17,995 (the "Accounts Receivable") and had an interest in dental lab equipment (the "Equipment") valued at approximately $35,040.  The Debtors have asserted a substantive defense that the Accounts Receivable and Equipment are subject to exemption and are not property of the estate, or in any event have a lesser value.  After application of the exemptions under 11 U.S.C. § 522(d)(5) and (6), the Trustee asserted that the estate was entitled to a turnover or payment of $38,000. |
|---|

| Pertinent terms of settlement:   The Debtors shall pay to the Trustee the sum of $35,000 in settlement of the estate's interest in the Accounts Receivable and the Equipment (the "Settlement Amount"), with an initial payment of $5,000 to be made to the Trustee upon execution of the consent order and the remaining Settlement Amount to be paid over a period of thirty (30) months at $1,000 per month.  Upon receipt of the Settlement Amount in full, the Trustee shall abandon the estate's interest in the Accounts Receivable and Equipment.  The Trustee believes that the settlement is in the best interests of the estate as it maximizes value and will avoid unnecessary litigation, the cost of which would necessarily diminish any additional recovery. |
|---|

Objections must be served on, and requests for additional information directed to:

Name:         /s/ Steven P. Kartzman, Esq., c/o Mellinger, Sanders & Kartzman, LLC

Address:      101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950

Telephone No.: 973-267-0220

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-34175-JKS
Rasa Kapitanyuk                                                               Chapter 7
Mark Kapitaniuk
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 26, 2017
                              Form ID: pdf905          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2017.
```
db/jdb          Rasa Kapitanyuk,    Mark Kapitaniuk,    35A West Stanover Ave,    Randolph, NJ 07869
aty            +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Morris Plains, NJ 07950-1287
aty            +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Suite 2F,
                 Morris Plains, NJ 07950-1287
cr             +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Ave. Suite 100,   Boca Raton, FL 33487-2853
cr             +Toyota Motor Credit Corp.,    14841 Dallas Pky,,    Dallas, TX 75254-7685
acc             Withum Smith & Brown, PC,    200 Jefferson Park,    Suite 400,    Whippany, NJ 07981-1070
516758435       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516559476      +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
516559477     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bankamerica,     Po Box 982238,    El Paso, TX 79998)
516559478      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516559479      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
516559482      +Real Time Resolutions,    4909 Savarese Cir,    Tampa, FL 33634-2413
516559483     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,     4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516559484      +Westgate Resort,    2801 Winter Garden Rd,    Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 26 2017 21:22:19     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 26 2017 21:22:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
app            +E-mail/Text: atkinsappraisal@aol.com Jun 26 2017 21:22:17     A. Atkins Appraisal Corp.,
                 122 Clinton Road,    Fairfield, NJ 07004-2900
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2017 21:11:54
                 Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,   PO BOX 41021,
                 Norfolk, VA 23541-1021
516613938       E-mail/Text: mrdiscen@discover.com Jun 26 2017 21:22:14     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
516559480      +E-mail/Text: mrdiscen@discover.com Jun 26 2017 21:22:14     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
516559481      +Fax: 407-737-5634 Jun 26 2017 21:38:26      Ocwen Loan Servicing L,    1661 Worthington Rd,
                 West Palm Beach, FL 33409-6493
516630993       E-mail/Text: bkdepartment@rtresolutions.com Jun 26 2017 21:22:23
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
516896460       E-mail/Text: bkdepartment@rtresolutions.com Jun 26 2017 21:22:23
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029,    Real Time Resolutions, Inc.,
                 1349 Empire Central Drive, Suite #150,    Dallas, Texas 75247-4029
516654795      +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2017 21:11:28     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
app*           +A. Atkins Appraisal Corp.,    122 Clinton Road,   Fairfield, NJ 07004-2900
516896459*      Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2              User: admin                Page 2 of 2                  Date Rcvd: Jun 26, 2017
                                  Form ID: pdf905            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Miriam Rosenblatt    on behalf of Creditor   Deutsche Bank National Trust Company
               bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
              Todd S Cushner    on behalf of Debtor Rasa  Kapitanyuk todd@thegtcfirm.com,
               amanda@thegtcfirm.com;dana@thegtcfirm.com;amerritt@thegtcfirm.com;jgiorgi@thegtcfirm.com
              Todd S Cushner    on behalf of Joint Debtor Mark  Kapitaniuk todd@thegtcfirm.com,
               amanda@thegtcfirm.com;dana@thegtcfirm.com;amerritt@thegtcfirm.com;jgiorgi@thegtcfirm.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7
```