Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  16−34175−JKS
                    Chapter:  7
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rasa Kapitanyuk                              Mark Kapitaniuk
   35A West Stanover Ave                        35A West Stanover Ave
   Randolph, NJ 07869                           Randolph, NJ 07869

Social Security No.:
   xxx−xx−4722                                  xxx−xx−4210

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on July 24, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 54 − 40
Order Granting Application For Compensation for A. Atkins Appraisal Corp., fees awarded: $1625.00, expenses awarded: $0.00 (Related Doc # 40). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/24/2017. (env)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 24, 2017
JAN: env

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rasa Kapitanyuk  
Mark Kapitaniuk  
    Debtors

Case No. 16-34175-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 24, 2017  
    Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
app    +E-mail/Text: atkinsappraisal@aol.com Jul 24 2017 23:57:19    A. Atkins Appraisal Corp.,  
    122 Clinton Road,    Fairfield, NJ 07004-2900  
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:  
    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman    jzapata@msklaw.net  
    Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company  
    bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
    Steven P. Kartzman    kartztee@optonline.net,  
    jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net  
    Todd S Cushner    on behalf of Debtor Rasa Kapitanyuk todd@thegtcfirm.com,  
    amanda@thegtcfirm.com;dana@thegtcfirm.com;amerritt@thegtcfirm.com;jgiorgi@thegtcfirm.com  
    Todd S Cushner    on behalf of Joint Debtor Mark Kapitaniuk todd@thegtcfirm.com,  
    amanda@thegtcfirm.com;dana@thegtcfirm.com;amerritt@thegtcfirm.com;jgiorgi@thegtcfirm.com  
    U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 7