Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−34175−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rasa Kapitanyuk
35A West Stanover Ave
Randolph, NJ 07869

Mark Kapitaniuk
35A West Stanover Ave
Randolph, NJ 07869

Social Security No.:
xxx−xx−4722                xxx−xx−4210

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date: 11/1/18
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Withum Smith & Brown, PC, Accountant

COMMISSION OR FEES
$2126.60

EXPENSES
$0

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 3, 2018
JAN: mg

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 16-34175-JKS
Rasa Kapitanyuk                                                Chapter 7
Mark Kapitaniuk
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Oct 03, 2018
                              Form ID: 137                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db/jdb         Rasa Kapitanyuk,    Mark Kapitaniuk,    35A West Stanover Ave,    Randolph, NJ  07869
aty           +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Morris Plains, NJ 07950-1287
aty           +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Suite 2F,
                Morris Plains, NJ 07950-1287
cr            +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid P.L.,
                6409 Congress Ave. Suite 100,    Boca Raton, FL 33487-2853
cr            +Toyota Motor Credit Corp.,    14841 Dallas Pky,,    Dallas, TX 75254-7685
acc            Withum Smith & Brown, PC,    200 Jefferson Park,    Suite 400,    Whippany, NJ  07981-1070
516758435      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
516559476     +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
516559477    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bankamerica,     Po Box 982238,    El Paso, TX 79998)
516559478     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516559479     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
516559482     +Real Time Resolutions,    4909 Savarese Cir,    Tampa, FL 33634-2413
516559483    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit,     4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054)
516559484     +Westgate Resort,    2801 Winter Garden Rd,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 00:28:36      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2018 00:28:32       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
app           +E-mail/Text: atkinsappraisal@aol.com Oct 04 2018 00:28:08      A. Atkins Appraisal Corp.,
                122 Clinton Road,    Fairfield, NJ 07004-2900
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 00:25:33
                Synchrony Bank c/o PRA Receivables Management, LLC,     Valerie Smith,    PO BOX 41021,
                Norfolk, VA 23541-1021
516613938      E-mail/Text: mrdiscen@discover.com Oct 04 2018 00:27:39      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516559480     +E-mail/Text: mrdiscen@discover.com Oct 04 2018 00:27:39      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
516559481     +Fax: 407-737-5634 Oct 04 2018 00:49:44      Ocwen Loan Servicing L,    1661 Worthington Rd,
                West Palm Beach, FL 33409-6493
516630993      E-mail/Text: bkdepartment@rtresolutions.com Oct 04 2018 00:28:49
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
516896460      E-mail/Text: bkdepartment@rtresolutions.com Oct 04 2018 00:28:49
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029,    Real Time Resolutions, Inc.,
                1349 Empire Central Drive, Suite #150,    Dallas, Texas 75247-4029
516654795     +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 00:26:04      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
app*          +A. Atkins Appraisal Corp.,    122 Clinton Road,    Fairfield, NJ 07004-2900
516896459*     Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Oct 03, 2018
                              Form ID: 137             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Miriam  Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
              Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
               kartztee@optonline.net,   jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Accountant    Withum Smith & Brown, PC kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Todd S Cushner    on behalf of Debtor Rasa   Kapitanyuk todd@cushnerlegal.com,
               alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
              Todd S Cushner    on behalf of Joint Debtor Mark   Kapitaniuk todd@cushnerlegal.com,
               alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```