UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

WITHUM SMITH + BROWN, P.C.
CERTIFIED PUBLIC ACCOUNTANTS
200 Jefferson Park, Suite 400
Whippany, NJ 07981
(973) 898-9494
Accountants for Trustee

**Order Filed on November 2, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

**RASA & MARK KAPITANUK**

Debtors.

Case No. 16-34175 (JKS)

Chapter 7

Hearing Date:

Judge: Honorable John K. Sherwood

## ORDER GRANTING ALLOWANCES ON FINAL PETITION
## FOR ACCOUNTANTS TO THE TRUSTEE

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: November 2, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: **RASA & MARK KAPITANYUK**

Case No.: **16-34175 (JKS)**

Caption of Order: **ORDER GRANTING ALLOWANCES ON FINAL PETITION FOR ACCOUNTANTS TO THE TRUSTEE**

---

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| Withum Smith + Brown, P.C. | $2,126.60 | $0 |