UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

WITHUM SMITH + BROWN, P.C.
CERTIFIED PUBLIC ACCOUNTANTS
200 Jefferson Park, Suite 400
Whippany, NJ 07981
(973) 898-9494
Accountants for Trustee

**Order Filed on November 2, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

**RASA & MARK KAPITANUK**

　　　　　　　　　Debtors.

Case No. 16-34175 (JKS)

Chapter 7

Hearing Date:

Judge: Honorable John K. Sherwood

## ORDER GRANTING ALLOWANCES ON FINAL PETITION
## FOR ACCOUNTANTS TO THE TRUSTEE

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: November 2, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: **RASA & MARK KAPITANYUK**

Case No.: **16-34175 (JKS)**

Caption of Order: **ORDER GRANTING ALLOWANCES ON FINAL PETITION FOR ACCOUNTANTS TO THE TRUSTEE**

---

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| Withum Smith + Brown, P.C. | $2,126.60 | $0 |

United States Bankruptcy Court
District of New Jersey

In re:
Rasa Kapitanyuk
Mark Kapitaniuk
    Debtors

Case No. 16-34175-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 02, 2018
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2018.
db/jdb         Rasa Kapitanyuk,    Mark Kapitaniuk,    35A West Stanover Ave,    Randolph, NJ   07869

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
        Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
        Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        Steven P. Kartzman    on behalf of Accountant    Withum Smith & Brown, PC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        Steven P. Kartzman    kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        Todd S Cushner    on behalf of Debtor Rasa Kapitanyuk todd@cushnerlegal.com, alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
        Todd S Cushner    on behalf of Joint Debtor Mark Kapitaniuk todd@cushnerlegal.com, alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 9