Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−34175−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rasa Kapitanyuk                                            Mark Kapitaniuk
   35A West Stanover Ave                                      35A West Stanover Ave
   Randolph, NJ 07869                                         Randolph, NJ 07869

Social Security No.:
   xxx−xx−4722                                                xxx−xx−4210

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       1/2/20
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Steven P. Kartzman

COMMISSION OR FEES
$7,303.50

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

☐     will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐     will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 22, 2019
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rasa Kapitanyuk  
Mark Kapitaniuk  
    Debtors

Case No. 16-34175-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Nov 22, 2019  
                      Form ID: 137     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.

```
db/jdb         Rasa Kapitanyuk,    Mark Kapitaniuk,    35A West Stanover Ave,    Randolph, NJ  07869
aty           +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Morris Plains, NJ 07950-1287
aty           +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Suite 2F,
               Morris Plains, NJ 07950-1287
cr            +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid P.L.,
               6409 Congress Ave. Suite 100,    Boca Raton, FL 33487-2853
cr            +Toyota Motor Credit Corp.,    14841 Dallas Pky,,    Dallas, TX 75254-7685
acc            Withum Smith & Brown, PC,    200 Jefferson Park,    Suite 400,    Whippany, NJ  07981-1070
516758435      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
516559476     +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
516559477    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bankamerica,    Po Box 982238,    El Paso, TX 79998)
516559478     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516559479     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
516559482     +Real Time Resolutions,    4909 Savarese Cir,    Tampa, FL 33634-2413
516559483    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    4 Gatehall Dr Ste 350,
               Parsippany, NJ 07054)
516559484     +Westgate Resort,    2801 Winter Garden Rd,    Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 01:26:22     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 01:26:18     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
app           +E-mail/Text: atkinsappraisal@aol.com Nov 23 2019 01:26:02     A. Atkins Appraisal Corp.,
               122 Clinton Road,    Fairfield, NJ 07004-2900
cr            +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:20:02
               Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,    PO BOX 41021,
               Norfolk, VA 23541-1021
516613938      E-mail/Text: mrdiscen@discover.com Nov 23 2019 01:25:34     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516559480     +E-mail/Text: mrdiscen@discover.com Nov 23 2019 01:25:34     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
516559481     +Fax: 407-737-5634 Nov 23 2019 01:25:54     Ocwen Loan Servicing L,    1661 Worthington Rd,
               West Palm Beach, FL 33409-6493
516630993      E-mail/Text: bkdepartment@rtresolutions.com Nov 23 2019 01:26:32
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
516896460      E-mail/Text: bkdepartment@rtresolutions.com Nov 23 2019 01:26:32
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029,    Real Time Resolutions, Inc.,
               1349 Empire Central Drive, Suite #150,    Dallas, Texas 75247-4029
516654795     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 01:20:02     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
app*          +A. Atkins Appraisal Corp.,    122 Clinton Road,    Fairfield, NJ 07004-2900
516896459*     Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Nov 22, 2019
                              Form ID: 137             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
               miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
              Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
               kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Accountant    Withum Smith & Brown, PC kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Todd S Cushner    on behalf of Debtor Rasa    Kapitanyuk todd@cushnerlegal.com,
               alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
              Todd S Cushner    on behalf of Joint Debtor Mark    Kapitaniuk todd@cushnerlegal.com,
               alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```