UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MELLINGER, SANDERS & KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorneys for Trustee, Steven P. Kartzman

Order Filed on January 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RASA KAPITANYUK AND
MARK KAPITANIUK

      **Debtors.**

Case No. 16-34175 (JKS)

Chapter 7

Hearing Date: 01/02/2020

Judge: Honorable John K. Sherwood

### ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: January 2, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: RASA KAPITANYUK AND MARK KAPITANIUK

Case No.: 16-34175 (JKS)

Caption of Order: Order Granting Allowances

---

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| Mellinger, Sanders & Kartzman LLC | $7,303.50 | $-0- |