| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MELLINGER, SANDERS & KARTZMAN LLC**<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains, New Jersey 07950<br>(973) 267-0220<br>Attorneys for Trustee, Steven P. Kartzman |

**Order Filed on January 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| In Re:<br><br>RASA KAPITANYUK AND<br>MARK KAPITANIUK<br><br>    **Debtors.** |

Case No. 16-34175 (JKS)

Chapter 7

Hearing Date: 01/02/2020

Judge: Honorable John K. Sherwood

### ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: January 2, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: RASA KAPITANYUK AND MARK KAPITANIUK

Case No.: 16-34175 (JKS)

Caption of Order: Order Granting Allowances

---

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger, Sanders & Kartzman LLC | $7,303.50 | $-0- |

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                          Case No. 16-34175-JKS
Rasa Kapitanyuk                                                 Chapter 7
Mark Kapitaniuk
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1            Date Rcvd: Jan 02, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2020.
db/jdb         Rasa Kapitanyuk,    Mark Kapitaniuk,   35A West Stanover Ave,    Randolph, NJ   07869

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
               miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
              Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
               kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Accountant    Withum Smith & Brown, PC kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Todd S Cushner    on behalf of Debtor Rasa  Kapitanyuk todd@cushnerlegal.com,
               alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
              Todd S Cushner    on behalf of Joint Debtor Mark  Kapitaniuk todd@cushnerlegal.com,
               alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10