**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven P. Kartzman, Esq.
*Attorneys for Trustee, Steven P. Kartzman*



**Order Filed on January 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>**RASA KAPITANYUK and MARK KAPITANYUK,**<br><br>　　　　　　　　　　Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 16-34175 JKS<br><br>Chapter 7<br><br>Honorable John K. Sherwood |

**ORDER TO DISALLOW, MODIFY, AND FIX TREATMENT OF CLAIM PURSUANT TO FED R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM #3)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 22, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtors: Rasa Kapitanyuk and Mark Kapitanyuk
Case No.: 18-26231 SLM
Caption: Order to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim #3)

---

This matter having been brought before the Court by Mellinger, Sanders & Kartzman, LLC, attorneys for Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by Notice of Motion to Disallow, Modify and Fix Treatment of Claims, and the Court having considered opposition thereto, if any; and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Claim No. 3 filed by Real Time Resolution, Inc., as agent for GreenPoint Mortgage Funding, Inc. is hereby reclassified from a secured claim to a general unsecured claim in the amount of $0, without prejudice to Real Time's right to file an amended general unsecured claim within 30 days of entry of this Order, to the extent its secured interest in the Collateral is insufficient to satisfy its claim.