**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven P. Kartzman, Esq.
*Attorneys for Trustee, Steven P. Kartzman*

Order Filed on January 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In re: | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **RASA KAPITANYUK and MARK KAPITANYUK,** | Case No. 16-34175 JKS |
|  | Chapter 7 |
| Debtors. | Honorable John K. Sherwood |

**ORDER TO DISALLOW, MODIFY, AND FIX TREATMENT OF CLAIM PURSUANT TO FED R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM #3)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 22, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2 of 2

| | |
|---|---|
| Debtors: | Rasa Kapitanyuk and Mark Kapitanyuk |
| Case No.: | 18-26231 SLM |
| Caption: | Order to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim #3) |

This matter having been brought before the Court by Mellinger, Sanders & Kartzman, LLC, attorneys for Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by Notice of Motion to Disallow, Modify and Fix Treatment of Claims, and the Court having considered opposition thereto, if any; and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1.   Claim No. 3 filed by Real Time Resolution, Inc., as agent for GreenPoint Mortgage Funding, Inc. is hereby reclassified from a secured claim to a general unsecured claim in the amount of $0, without prejudice to Real Time's right to file an amended general unsecured claim within 30 days of entry of this Order, to the extent its secured interest in the Collateral is insufficient to satisfy its claim.

United States Bankruptcy Court
District of New Jersey

In re:  
Rasa Kapitanyuk  
Mark Kapitaniuk  
    Debtors

Case No. 16-34175-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 22, 2020  
                  Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
```
db          Rasa Kapitanyuk,    35A West Stanover Ave,    Randolph, NJ   07869
jdb         Mark Kapitaniuk,    35A West Stanover Ave,    Randolph, NJ   07869
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Miriam  Rosenblatt    on behalf of Creditor   Deutsche Bank National Trust Company
           miriam.rosenblatt@mhllp.com,   mrosenblatt@rasflaw.com
          Steven P. Kartzman    on behalf of Attorney   Mellinger, Sanders & Kartzman, LLC
           kartztee@optonline.net,   jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    on behalf of Accountant   Withum Smith & Brown, PC kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Todd S Cushner    on behalf of Debtor Rasa  Kapitanyuk todd@cushnerlegal.com,
           alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
          Todd S Cushner    on behalf of Joint Debtor Mark  Kapitaniuk todd@cushnerlegal.com,
           alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
     TOTAL: 10