UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Case No.: 16-34175-JKS

Rasa Kapitanyuk and Mark Kapitanyuk, Debtor(s).    Chapter 7

Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on January 26, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property:
1. Accounts Receivable, described on Debtor's Amended Schedule B, at Dkt. No. 32, Item No. 38 as "Earned income during the period of 11/1/2016 through 12/31/2016 (Fees)" with a listed value of $17,995; and
2. Dental Lab Equipment, listed on Debtor's Amended Schedule B, at Dkt. No. 32, Item No. 40 with a listed value of $35,040.

On July 7, 2017, the Court entered a consent order between the Trustee and the Debtors providing for the Debtors to pay the sum of $35,000 to the Trustee. Upon receipt in full of the $35,000, the Trustee was to abandon the property described above. Payment in full has now been received.

Liens on property: As scheduled by the Debtor.

Amount of equity claimed as exempt: As claimed by the Debtor.

Objections must be served on, and requests for additional information directed to:

Name:    Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman, LLC
Address:    101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950
Telephone:    973.267.0220

United States Bankruptcy Court

District of New Jersey

In re:  
Rasa Kapitanyuk  
Mark Kapitaniuk  
    Debtor(s)

Case No. 16-34175-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3  
Date Rcvd: Dec 23, 2020  Form ID: pdf905  Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Rasa Kapitanyuk, Mark Kapitaniuk, 35A West Stanover Ave, Randolph, NJ 07869 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Morris Plains, NJ 07950-1287 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| cr | + | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid P.L., 6409 Congress Ave. Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Toyota Motor Credit Corp., 14841 Dallas Pky,, Dallas, TX 75254-7685 |
| acc | | Withum Smith & Brown, PC, 200 Jefferson Park, Suite 400, Whippany, NJ 07981-1070 |
| 516758435 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516559476 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 516559477 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 516559479 | + | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516559481 | + | Ocwen Loan Servicing L, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 516559482 | + | Real Time Resolutions, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516559483 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 516559484 | + | Westgate Resort, 2801 Winter Garden Rd, Ocoee, FL 34761-2965 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 23 2020 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 23 2020 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Dec 23 2020 21:50:00 | A. Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 21:43:46 | Synchrony Bank c/o PRA Receivables Management, LLC, Valerie Smith, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516613938 | | Email/Text: mrdiscen@discover.com | Dec 23 2020 21:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516559480 | + | Email/Text: mrdiscen@discover.com | Dec 23 2020 21:49:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516559478 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 23 2020 21:44:03 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516630993 | | Email/Text: bkdepartment@rtresolutions.com | Dec 23 2020 21:51:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 516896460 | | Email/Text: bkdepartment@rtresolutions.com | | |

Case 16-34175-JKS    Doc 75    Filed 12/25/20    Entered 12/26/20 00:19:28    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: pdf905 | Total Noticed: 24 |

|  |  | Dec 23 2020 21:51:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029, Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
|---|---|---|---|
| 516654795 | + Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 21:46:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| app | *+ | A. Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| 516896459 | * | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net |
| Miriam Rosenblatt | on behalf of Creditor Deutsche Bank National Trust Company miriam.rosenblatt@mhllp.com |
| Steven P. Kartzman | on behalf of Attorney Mellinger  Sanders & Kartzman, LLC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | on behalf of Accountant Withum Smith & Brown  PC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 23, 2020 | Form ID: pdf905 | Total Noticed: 24

Todd S Cushner
     on behalf of Debtor Rasa Kapitanyuk todd@cushnerlegal.com  alyssa@cushnerlegal.com;jrufo@cushnerlegal.com

Todd S Cushner
     on behalf of Joint Debtor Mark Kapitaniuk todd@cushnerlegal.com  alyssa@cushnerlegal.com;jrufo@cushnerlegal.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10