| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Rasa Kapitanyuk** | Social Security number or ITIN    xxx–xx–4722 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mark Kapitaniuk** | Social Security number or ITIN    xxx–xx–4210 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    **16–34175–JKS** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rasa Kapitanyuk                                    Mark Kapitaniuk

<u>1/20/21</u>                                    **By the court:** <u>John K. Sherwood</u>
                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-34175-JKS |
| Rasa Kapitanyuk | Chapter 7 |
| Mark Kapitaniuk | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 318 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Rasa Kapitanyuk, Mark Kapitaniuk, 35A West Stanover Ave, Randolph, NJ 07869 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Morris Plains, NJ 07950-1287 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| cr | + | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid P.L., 6409 Congress Ave. Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Toyota Motor Credit Corp., 14841 Dallas Pky,, Dallas, TX 75254-7685 |
| acc | | Withum Smith & Brown, PC, 200 Jefferson Park, Suite 400, Whippany, NJ 07981-1070 |
| 516559481 | + | Ocwen Loan Servicing L, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 516559482 | + | Real Time Resolutions, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516559484 | + | Westgate Resort, 2801 Winter Garden Rd, Ocoee, FL 34761-2965 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2021 23:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2021 23:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Jan 20 2021 23:00:00 | A. Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| cr | + | EDI: RMSC.COM | Jan 21 2021 02:18:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516758435 | | EDI: BECKLEE.COM | Jan 21 2021 02:18:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516559476 | + | EDI: AMEREXPR.COM | Jan 21 2021 02:18:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 516559477 | | EDI: BANKAMER.COM | Jan 21 2021 02:18:00 | Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 516559479 | + | EDI: CITICORP.COM | Jan 21 2021 02:18:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516613938 | | EDI: DISCOVER.COM | Jan 21 2021 02:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516559480 | + | EDI: DISCOVER.COM | Jan 21 2021 02:18:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516559478 | | EDI: JPMORGANCHASE | Jan 21 2021 02:18:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516630993 | | Email/Text: bkdepartment@rtresolutions.com | Jan 20 2021 23:01:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 516896460 | | Email/Text: bkdepartment@rtresolutions.com | Jan 20 2021 23:01:00 | Real Time Resolutions, Inc., 1349 Empire Central |

District/off: 0312-2                               User: admin                                Page 2 of 3
Date Rcvd: Jan 20, 2021                            Form ID: 318                           Total Noticed: 24

|  |  |  | Drive, Suite #150, Dallas, Texas 75247-4029, Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 516654795 | + EDI: RMSC.COM |  |  |
|  |  | Jan 21 2021 02:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516559483 | EDI: TFSR.COM |  |  |
|  |  | Jan 21 2021 02:18:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| app | *+ | A. Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| 516896459 | * | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021                  Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net |
| Miriam Rosenblatt | on behalf of Creditor Deutsche Bank National Trust Company miriam.rosenblatt@mhllp.com |
| Steven P. Kartzman | on behalf of Attorney Mellinger  Sanders & Kartzman, LLC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | on behalf of Accountant Withum Smith & Brown  PC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net |

aw.net;dkhan@msklaw.net

Todd S Cushner

on behalf of Debtor Rasa Kapitanyuk todd@cushnerlegal.com  alyssa@cushnerlegal.com;jrufo@cushnerlegal.com

Todd S Cushner

on behalf of Joint Debtor Mark Kapitaniuk todd@cushnerlegal.com  alyssa@cushnerlegal.com;jrufo@cushnerlegal.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10