Form 192 – aplccmpnrpt

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16−34175−JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rasa Kapitanyuk | Mark Kapitaniuk |
| 35A West Stanover Ave | 35A West Stanover Ave |
| Randolph, NJ 07869 | Randolph, NJ 07869 |

Social Security No.:
xxx−xx−4722                                        xxx−xx−4210

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:                April 1, 2021
TIME:                10:00 AM
LOCATION:            Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:              $35,000.00
TOTAL DISBURSEMENTS:         $4,426.86
BALANCE ON HAND:             $30,573.14

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

---

APPLICANT(S)
Steven P. Kartzman. Chapter 7 Trustee

COMMISSION OR FEES
$4,250.00.

EXPENSES
0.00

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: March 1, 2021
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 16-34175-JKS

Rasa Kapitanyuk                                                                 Chapter 7

Mark Kapitaniuk

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                         Page 1 of 3

Date Rcvd: Mar 01, 2021                       Form ID: 192                                  Total Noticed: 24

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Rasa Kapitanyuk, Mark Kapitaniuk, 35A West Stanover Ave, Randolph, NJ 07869 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Morris Plains, NJ 07950-1287 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| cr | + | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid P.L., 6409 Congress Ave. Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Toyota Motor Credit Corp., 14841 Dallas Pky,, Dallas, TX 75254-7685 |
| acc | | Withum Smith & Brown, PC, 200 Jefferson Park, Suite 400, Whippany, NJ 07981-1070 |
| 516758435 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516559476 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 516559477 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 516559479 | + | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516559481 | + | Ocwen Loan Servicing L, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 516559482 | + | Real Time Resolutions, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516559483 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 516559484 | + | Westgate Resort, 2801 Winter Garden Rd, Ocoee, FL 34761-2965 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2021 23:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2021 23:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Mar 01 2021 23:31:00 | A. Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2021 23:15:05 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516559479 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2021 23:15:27 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516613938 | | Email/Text: mrdiscen@discover.com | Mar 01 2021 23:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516559480 | + | Email/Text: mrdiscen@discover.com | Mar 01 2021 23:30:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516559478 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 01 2021 23:17:26 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516630993 | | Email/Text: bkdepartment@rtresolutions.com | Mar 01 2021 23:31:00 | Real Time Resolutions, Inc., 1349 Empire Central |

| | | | | |
|---|---|---|---|---|
| | | | | Drive, Suite #150, Dallas, Texas 75247-4029 |
| 516896460 | | Email/Text: bkdepartment@rtresolutions.com | Mar 01 2021 23:31:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029, Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 516654795 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2021 23:17:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| app | *+ | A. Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| 516896459 | * | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net |
| Miriam Rosenblatt | on behalf of Creditor Deutsche Bank National Trust Company miriam.rosenblatt@mhllp.com |
| Steven P. Kartzman | on behalf of Attorney Mellinger  Sanders & Kartzman, LLC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | on behalf of Accountant Withum Smith & Brown  PC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net |

District/off: 0312-2                          User: admin                                    Page 3 of 3
Date Rcvd: Mar 01, 2021                       Form ID: 192                                Total Noticed: 24

aw.net;dkhan@msklaw.net

Todd S Cushner

    on behalf of Debtor Rasa Kapitanyuk todd@cushnerlegal.com  alyssa@cushnerlegal.com;jrufo@cushnerlegal.com

Todd S Cushner

    on behalf of Joint Debtor Mark Kapitaniuk todd@cushnerlegal.com  alyssa@cushnerlegal.com;jrufo@cushnerlegal.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10