Exhibit F

**Order Filed on April 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>STEVEN P. KARTZMAN<br>MELLINGER KARTZMAN LLC<br>101 GIBRALTAR DRIVE<br>SUITE 2F<br>MORRIS PLAINS, NJ 07950<br>Chapter 7 Trustee | |
| In Re:<br>KAPITANYUK, RASA<br>KAPITANIUK, MARK<br><br>            Debtors. | Case No.: 16-34175-JKS<br><br>Judge: JOHN K. SHERWOOD |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 5, 2021**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: KAPITANYUK, RASA and KAPITANIUK, MARK
Case No.: 16-34175-JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $4,250.00 is reasonable compensation for the services in this case by STEVEN P. KARTZMAN, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.